IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSEPH WAYNE SEYMOUR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATHAN CONTRAREZ, TYREL FLAMMANG, RILEY FINNEGAN, DAVID FIREBAUGH, MATTHEW LENNIC, CITY OF BILLINGS, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., and DOES 1-10,<br><br>　　　　　Defendants. | CV 22-125-BLG-SPW-KLD<br><br>ORDER |

Defendant American Medical Response Ambulance Service, Inc. ("AMR") has filed an unopposed motion to continue the preliminary pretrial conference set for December 19, 2022. Accordingly, and good cause appearing,

**IT IS ORDERED** that the December 19, 2022 preliminary pretrial conference is VACATED and RESET for 10:00 a.m. on February 7, 2023. The Court will also hear oral argument on AMR's renewed motion to dismiss (Doc. (Doc. 29) at that time.

The preliminary pretrial conference will be conducted by Zoom. The Clerk of Court will notify counsel via e-mail of the meeting ID and password in advance of the conference. Zoom Guidance and Setup available at:

https://www.mtd.uscourts.gov/zoom-hearings.

**IT IS FURTHER ORDERED** that the parties shall file their preliminary pretrial statements, joint discovery plan, and joint statement of stipulated facts on or before January 31, 2023.

DATED this 5th day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge