Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Ryan W. Aikin
AIKIN LAW OFFICE, PLLC
401 Washington St.
P.O. Box 7277
Missoula, MT 59807
406-840-4080
ryan@aikinlawoffice.com

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSEPH WAYNE SEYMOUR, | CV-22-125-SPW-KLD |
| Plaintiff, | **STIPULATED FACTS** |
| v. | |
| NATHAN CONTRERAZ, TYREL FLAMMANG, RILEY FINNEGAN, DAVID FIREBAUGH, MATTHEW LENNICK, CITY OF BILLINGS, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., and DOES 1-10, | |
| Defendants. | |

The parties jointly submit the following stipulated facts pursuant to Local Rule 16.2(b)(3):

1. Defendants Contreraz, Flammang, Finnegan, Firebaugh, and Lennick ("Defendant Police Officers") encountered Plaintiff Seymour on or about August 13, 2019.

2. Defendant Police Officers' encounter with Seymour was precipitated by a 911 call placed at about 12:59 a.m. by an employee of the Zip Trip gas station at or near 1544 Broadwater Avenue in Billings, Montana.

3. All acts or omissions of Defendant Police Officers in their interactions with Plaintiff Seymour on August 13, 2019, occurred within the course and scope of their employment as City of Billings police officers.

4. An ambulance operated by employees of Defendant American Medical Response Ambulance Service, Inc., ("AMR") responded at the request of Defendant Police Officers.

5. AMR provides ambulance services to the City of Billings pursuant to a license issued by the City of Billings in accordance with City of Billings ordinances.

//
//
//

Dated this 31st day of January, 2023.

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM

/s/Ryan W. Aikin
AIKIN LAW OFFICE

Attorneys for Plaintiff