Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

Ryan W. Aikin
Aikin Law Office, PLLC
P.O. Box 7277
Missoula, MT 59807
(406) 840-4080
ryan@aikinlawoffice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JOSEPH WAYNE SEYMOUR,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN CONTRERAZ, TYREL FLAMMANG, RILEY FINNEGAN, DAVID FIREBAUGH, MATTHEW LENNICK, CITY OF BILLINGS, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., ROSS BUNN, and BEN SUTTEY,<br><br>Defendants. | Cause No. CV-22-125-SPW-KLD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1. All claims by and between Plaintiff and Defendants in the above-captioned action have been finally resolved by agreement and should be dismissed with prejudice; and

2. Plaintiff and Defendants shall be responsible for their own costs, expenses and attorney's fees incurred in connection with the above-captioned action.

Respectfully submitted this 11th day of June, 2024.

| | |
|---|---|
| Bechtold Law Firm, PLLC | Crist, Krogh, Alke & Nord, PLLC |
| By:  /s/ Timothy M. Bechtold<br>    Timothy M. Bechtold | By:  /s/ Harlan B. Krogh<br>    Harlan B. Krogh<br>*Attorneys for Defendants*<br>*Nathan Contreraz and Tyrel Flammang* |
| and | |
| Aikin Law Office, PLLC | Moulton Bellingham PC |
| By:  /s/ Ryan W. Aikin<br>    Ryan W. Aikin<br>*Attorneys for Plaintiff* | By:  /s/ Gerry Fagan<br>    Gerry Fagan<br>    Bobbi Owen<br>*Attorneys for Defendant City of Billings* |
| | Crowley Fleck, PLLP |
| | By:  /s/ Kenneth K. Lay<br>    Kenneth K. Lay<br>    Julie A. Lichte<br>*Attorneys for Defendants*<br>*American Medical Response Ambulance*<br>*Service Inc., Ross Bunn, and Ben Suttey* |