IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSEPH WAYNE SEYMOUR, <br><br> Plaintiff, <br><br> vs. <br><br> NATHAN CONTRERAZ, TYREL FLAMMANG, CITY OF BILLINGS, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., ROSS BUNN, and BEN SUTTEY, <br><br> Defendants. | Cause No. CV-22-125-SPW-KLD <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court having reviewed Plaintiff and Defendants' Stipulation for Dismissal With Prejudice (Doc. 77), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. All claims by and between Plaintiff and Defendants in the above captioned action have been finally resolved by agreement and are **DISMISSED WITH PREJUDICE**; and

1

2.  Plaintiff and Defendants shall be responsible for their own costs, expenses and attorney's fees incurred in connection with the above-captioned action.

DATED this 11th day of June, 2024.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge